HAROLD A. BAKER
SENIOR JUDGE

PHONE: 217-373-5835
FAX: 217-373-5834

By Fax & Mail

August 1, 2007

Cathie Jackson, Deputy Staff Counsel
Financial Disclosure Committee Staff
Administrative Office
One Columbus Circle NE
Washington, DC 20544

Dear Ms. Jackson:

Here are the amended pages 5 and 6 to the 2006 Report with I hope all the omissions filled in. If not, call me up and I will have another go at it. I have signed and dated the amendments and will mail this same letter to you.

Thanks for your help and patience.



Very truly yours,

Harold A. Baker

Enc:

**FINANCIAL DISCLOSURE REPORT**
Page 5 of 8

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Harold A | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pitney Bowes | A | Dividend | J | T | sell | 4/27 | J | | |
| 19. DuPage County School Board | A | Interest | J | T | | | | | |
| 20. AVAYA | | None | J | T | sell | 4/27 | J | A | |
| 21. Home Depot | A | Dividend | K | T | | | | | |
| 22. Rohm & Haas | A | Dividend | J | T | | | | | |
| 23. Trans Ocean Sedco Forex | A | Dividend | J | T | | | | | |
| 24. Cook County Capital Improvement Bond | A | Interest | J | T | | | | | |
| 25. Abbott Laboratories | A | Dividend | J | T | sell | 7/12 | J | A | |
| 26. Lehman Tip 3 Bond Fund | A | Dividend | K | T | | | | | |
| 27. S&P Top IX 150 Index Fund | A | Dividend | J | T | | | | | |
| 28. IShares MSCI EAFE Index Fund | A | Dividend | K | T | | | | | |
| 29. Power Shares Dynamic Mkt | A | Dividend | K | T | buy | 1/11 | K | A | |
| 30. Power Shares Dynamic Mkt | Dividend NONE | | K | T | sell | 12/12 | K | A | |
| 31. IShares Lehman Tips Inf | A | Dividend | J | T | buy | 4/27 | J | | |
| 32. IShares S&P Global Telecom | A | Dividend | J | T | buy | 4/27 | J | | |
| 33. IShares S&P Global Telecom | A | Dividend | J | T | buy | 4/27 | J | | |
| 34. IShares TR MSCI EMERGING | Dividend None | | K | T | buy | 12/12 | K | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
3. Value Method Codes Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; P3 =$25,000,001 - $50,000,000
(See Column C2) U =Book Value; V =Other; W =Estimated; T =Cash Market; P4 =More than $50,000,000

*Amended 8/1/07*

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Harold A | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Powershares Dynamic Semi | A | Dividend | K | T | buy | 1/11 | K | | |
| 36. Powershares Dynamic Soft | A | Dividend | K | T | buy | 1/11 | K | | |
| 37. Powershares Intl Dvd | A | Dividend | K | T | buy | 8/03 | K | | |
| 38. Streettracks Gold Trust | A | Dividend | J | T | buy | 8/03 | J | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

Amended 8/1/07

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### 201 S. VINE STREET
### URBANA, ILLINOIS 61802

HAROLD A. BAKER

SENIOR JUDGE

PHONE: 217-373-5835

July 18, 2007

The Honorable Ortrie D. Smith, Chair
Committee on Financial Disclosure
One Columbus Circle N.E.
Washington, D. C. 20544

Dear Judge Smith:

Your letter of June 22, 2007 discussing my April 30, 2007 report has come to hand here in northern Minnesota and I have made the corrections supplying the missing information on pages 4 and 5 of the report. Copies of those pages with the missing information inserted are attached. I certify that the information supplied is correct.

I think it was Kathy Jackson of the Committee staff who graciously helped me by faxing me copies of the pages to be corrected. I am grateful for her assistance.

Very truly yours,



Harold A. Baker

Enc:

RECEIVED 2007 JUL 24 A 11: 04 FINANCIAL DISCLOSURE OFFICE

**FINANCIAL DISCLOSURE REPORT**
Page 4 of 8

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Harold A | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (If private transaction) |
| 1. Fidelity Cash Reserves | A | Dividend | K | T | | | | | |
| 2. Fidelity Asset Mgr. Agrresive | A | Dividend | L | T | sell | 12/12 | L | A | |
| 3. Fidelity New Millenium | A | Dividend | L | T | | | | | |
| 4. Fidelity Asset Mgr, Growth | C | Dividend | M | T | sell | 5/08 | L | A | |
| 5. [redacted] Champaign C. IL | E | Rent | P1 | W | | | | | |
| 6. Wyeth | A | Dividend | K | T | | | | | |
| 7. BP PLC | A | Dividend | K | T | | | | | |
| 8. Emerson Electric Co. | A | Dividend | K | T | | | | | |
| 9. Schlumberger Ltd | A | Dividend | K | T | | | | | |
| 10. Walgreen Co. | A | Dividend | L | T | | | | | |
| 11. Dow Joones Select Dividend Trust | B | Dividend | K | T | | | | | |
| 12. Illinois Tool Works | A | Dividend | K | T | | | | | |
| 13. S&P Midcap 400 Index Fund | B | Dividend | K | T | | | | | |
| 14. Hewlett Packard Co. | A | Dividend | J | T | | | | | |
| 15. Eli Lilly Co. | A | Dividend | J | T | | | | | |
| 16. Morban Chase Co. Inc. | B | Dividend | K | T | | | | | |
| 17. Eau Claire WI Bond | A | Interest | J | T | | | | | |

1. Income Gain Codes:       A =$1,000 or less          B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000     G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less        K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000    O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P3 =$25,000,001 - $25,000,000
3. Value Method Codes        P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
   (See Column C2)            Q =Appraisal              V =Other                  S =Assessment
                             U =Book Value                                        W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Harold A | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pitney Bowes | A | Dividend | J | T | sell | 4/27 | J | | |
| 19. DuPage County School Board | A | Interest | J | T | | | | | |
| 20. AVAYA | | None | J | T | sell | 4/27 | J | A | |
| 21. Home Depot | A | Dividend | K | T | | | | | |
| 22. Rome & Hass | A | Dividend | J | T | | | | | |
| 23. Trans Ocean Sedco Forex | A | Dividend | J | T | | | | | |
| 24. Cook County Capital Improvement Bond | A | Interest | J | T | | | | | |
| 25. Abbott Laboratories | A | Dividend | J | T | sell | 7/12 | J | A | |
| 26. Lehman Tip 3 Bond Fund | A | Dividend | K | T | | | | | |
| 27. S&P Top IX 150 Index Fund | A | Dividend | J | T | | | | | |
| 28. IShares MSCI EAFE Index Fund | A | Dividend | K | T | | | | | |
| 29. Power Shares Dynamic Mkt | A | Dividend | K | T | buy | 1/11 | K | A | |
| 30. Power Shares Dynamic Mkt | | ~~Dividend~~ NONE | K | T | sell | 12/12 | K | A | |
| 31. IShares Lehman Tres Inf | A | Dividend | J | T | buy | 4/27 | J | | |
| 32. IShares S&P Global Telecom | A | Dividend | J | T | buy | 4/27 | J | | |
| 33. IShares S&P Global Telecom | A | Dividend | J | T | buy | 4/27 | J | | |
| 34. IShares TR MSCI EMERGING | | Dividend | K | T | buy | 12/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,520 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,801 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Baker, Harold A | 2. Court or Organization<br><br>Central District of Illinois | 3. Date of Report<br><br>04/30/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge Senior St | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,      Date<br>☐ Initial     ☒ Annual     ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U. S. Court House<br>201 South Vine St.<br>Urbana, IL 61802 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X]   NONE *(No reportable positions.)*



POSITION                              NAME OF ORGANIZATION/ENTITY

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X]   NONE *(No reportable agreements.)*

DATE                                  PARTIES AND TERMS

RECEIVED 2007 MAY -7 A 10: 07 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Harold A | 04/30/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

X NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

X NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

X NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Harold A | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Cash Reserves | A | Dividend | K | T | | | | | |
| 2. Fidelity Asset Mgr. Agrresive | A | Dividend | L | T | sell | 12/12 | L | A | |
| 3. Fidelity New Millenium | A | Dividend | L | T | | | | | |
| 4. Fidelity Asset Mgr, Growth | C | Dividend | M | T | sell | 5/08 | L | A | |
| 5. ▓▓▓▓▓▓ Hensley Twp. Chamampaign C. IL | E | Rent | P1 | W | | | | | |
| 6. Wyeth | A | Dividend | K | T | | | | | |
| 7. BP PLC | A | Dividend | K | T | | | | | |
| 8. Emerson Electric Co. | A | Dividend | K | T | | | | | |
| 9. Schlumberger Ltd | A | Dividend | K | | | | | | |
| 10. Walgreen Co. | A | Dividend | L | T | | | | | |
| 11. Dow Joones Select Dividend Trust | E | Dividend | K | T | | | | | |
| 12. Illinois Tool Works | A | Dividend | K | T | | | | | |
| 13. S&P Midcap 400 Index Fund | E | Dividend | K | T | | | | | |
| 14. Hewlett Packard Co. | A | Dividend | J | T | | | | | |
| 15. Eli Lilly Co. | A | Dividend | J | T | | | | | |
| 16. Morban Chase Co. Inc. | B | Dividend | K | T | | | | | |
| 17. Eau Claire WI Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Harold A | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pitney Bowes | A | Dividend | J | T | sell | 4/27 | J | | |
| 19. DuPage County School Board | A | Interest | J | T | | | | | |
| 20. AVAYA | | None | J | T | sell | 4/27 | J | A | |
| 21. Home Depot | A | Dividend | K | T | | | | | |
| 22. Rome & Hass | A | Dividend | J | T | | | | | |
| 23. Trans Ocean Sedco Forex | A | Dividend | J | T | | | | | |
| 24. Cook County Capital Improvement Bond | A | Interest | J | T | | | | | |
| 25. Abbott Laboratories | A | Dividend | J | T | sell | 7/12 | J | A | |
| 26. Lehman Tip 3 Bond Fund | A | Dividend | K | T | | | | | |
| 27. S&P Top IX 150 Index Fund | A | Dividend | J | T | | | | | |
| 28. IShares MSCI EAFE Index Fund | A | Dividend | K | T | | | | | |
| 29. Power Shares Dynamic Mkt | | Dividend | K | T | buy | 1/11 | K | A | |
| 30. Power Shares Dynamic Mkt | | Dividend | K | T | sell | 12/12 | K | A | |
| 31. IShares Lehman Tres Inf | A | Dividend | J | T | buy | 4/27 | J | | |
| 32. IShares S&P Global Telecom | A | Dividend | J | T | buy | 4/27 | J | | |
| 33. IShares S&P Global Telecom | A | Dividend | J | T | buy | 4/27 | J | | |
| 34. IShares TR MSCI EMERGING | | Dividend | K | T | buy | 12/12 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Harold A | 04/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Powershares Dynamic Semi | A | Dividend | K | T | buy | 1/11 | | | |
| 36.  Powershares Dynamic Soft | A | Dividend | K | T | buy | 1/11 | | | |
| 37.  Powershares Intl Dvd | A | Dividend | K | T | buy | 8/03 | | | |
| 38.  Streettracks Gold Trust | A | Dividend | J | T | buy | 8/03 | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Harold A | 04/30/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date _May 1, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544